1  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
2  ARVIN C. LUGAY (SBN 242599)
   alugay@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625

6  Attorneys for defendants
   Hunt & Henriques, Michael S. Hunt,
7  Janalie Henriques, Kurtiss A. Jacobs

8



9              UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12  JUDITH E. GREENBERG,              )   CASE NO. CV 11-3469 JHN
                                      )        (JCx)
13                                    )
14              Plaintiff,            )   NOTICE OF REMOVAL ON
                                      )   BEHALF OF ALL DEFENDANTS
15       vs.                          )
                                      )
16                                    )
17                                    )
18  Hunt & Henriques, A law           )
    Partnership: Michael S.           )
19                                    )
20  Hunt; Janalie Henriques:          )
21  Kurtiss A. Jacobs                 )
22  And Does 1 Through 20             )
23                                    )
24       Defendants                   )
25
26
27
28

GREENBERG V. HUNT & HENRIQUES, ET AL. (CASE NO.: )
NOTICE OF REMOVAL ON BEHALF OF ALL DEFENDANTS

1   JEFFREY A. TOPOR (SBN 195545)
    jtopor@snllp.com
2   ARVIN C. LUGAY (SBN 242599)
    alugay@snllp.com
3   SIMMONDS & NARITA LLP
    44 Montgomery Street, Suite 3010
4   San Francisco, CA 94104-4816
    Telephone: (415) 283-1000
5   Facsimile:   (415) 352-2625

6   Attorneys for defendants
    Hunt & Henriques, Michael S. Hunt,
7   Janalie Henriques, Kurtiss A. Jacobs

8

9                 UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                     WESTERN DIVISION

12  JUDITH E. GREENBERG,            )   CASE NO.:
                                    )
13                                  )
                                    )
14          Plaintiff,              )   **NOTICE OF REMOVAL ON**
                                    )   **BEHALF OF ALL DEFENDANTS**
15      vs.                         )
                                    )
16                                  )
                                    )
17  HUNT & HENRIQUES, MICHAEL       )
    S. HUNT, JANALIE HENRIQUES,     )
18  KURTISS A. JACOBS,              )
                                    )
19                                  )
            Defendants.             )
20  _____     )

21

22

23

24

25

26

27

28

GREENBERG V. HUNT & HENRIQUES, ET AL. (CASE NO.: )
NOTICE OF REMOVAL ON BEHALF OF ALL DEFENDANTS

1    TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2    PLEASE TAKE NOTICE that defendants Hunt & Henriques, a California

3  partnership, Michael S. Hunt, a natural person residing in California, Janalie

4  Henriques, a natural person residing in California, and Kurtiss A. Jacobs, a natural

5  person residing in California, ("Defendants") hereby remove to this Court the state

6  court action described below.

7    1.    On March 17, 2011 a complaint was filed against Defendants by

8  plaintiff Judith E. Greenberg ("Plaintiff"), in an action pending in the Superior

9  Court of the State of California in and for the County of Ventura, entitled *Judith E.*

10  *Greenberg v. Hunt & Henriques, et al.*, Case No. 56-2011-00393482-CU-BT-VTA.

11  A copy of the state court complaint ("Complaint") is attached hereto as **Exhibit A**.

12    2.    This removal petition is timely under 28 U.S.C. § 1446(b) because

13  Hunt & Henriques was first served with a copy of the Complaint on March 23,

14  2011, and the other defendants were served thereafter.  A copy of the proof of

15  service is attached hereto as **Exhibit B**.

16

17    **JURISDICTION**

18    3.    This action is a civil action of which this Court has original

19  jurisdiction under 28 U.S.C. § 1331 and that may be removed to this Court by

20  Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that the Complaint

21  asserts federal claims against Defendants allegedly arising under 15 U.S.C. § 1692

22  *et seq.* (the Fair Debt Collection Practices Act).  *See* Exhibit A, ¶ 11.

23

24    **VENUE**

25    4.    The Complaint was filed in the Superior Court of the State of

26  California, County of Ventura.  Venue in the Western Division of this District

27  Court is proper.  *See* 28 U.S.C. § 1441(a) (providing for removal "to the district

28  court of the United States for the district and division embracing the place" where

1   the state court action is pending); 28 U.S.C. § 84(c)(2) (Central District, Western

2   Division comprises, *inter alia*, the County of Ventura).

3      5.      Defendants are represented by the undersigned.

4

5   DATED: April 22, 2011          SIMMONDS & NARITA LLP
                                    JEFFREY A. TOPOR
6                                   ARVIN C. LUGAY

7

8                             By:

9                                   Arvin C. Lugay
                                    Attorneys for defendants
10                                  Hunt & Henriques, Michael S. Hunt,
                                    Janalie Henriques, Kurtiss A. Jacobs
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

Raymond A. Greenberg, SBN 43394
Raylaw43@msn.com
RAYMOND A. GREENBERG, ATTORNEY AT LAW
1521 LaVenta Road
Westlake Village, CA 91361
Telephone: 805-373-5260
Facsimile: 805-494-8312
Attorney for Plaintiff JUDITH E. GREENBERG

VENTURA
SUPERIOR COURT
FILED

MAR 17 2011

MICHAEL D. PLANET
Executive Officer and Clerk
BY: _____ Deputy
ERIN PATTERSON

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF VENTURA

JUDITH E. GREENBERG,

      Plaintiff

      v.

HUNT & HENRIQUES, A LAW
PARTNERSHIP; MICHAEL S.
HUNT; JANALIE HENRIQUES;
KURTISS A. JACOBS AND DOES
1 THROUGH 20

      Defendants

CASE NO. 56-2011-00393482-CU-BT-VTA

COMPLAINT FOR MONEY
(NEGLIGENCE; BREACH OF
STATUTORY DUTY)
(UNLIMITED JURISDICTION)

PLAINTIFF ALLEGES AS FOLLOWS:

### GENERAL ALLEGATIONS

1.    That at all times relevant hereto, Plaintiff has been and is a resident of the City of Thousand Oaks, County of Ventura, State of California.

2.    That the facts and circumstances that are the basis of Plaintiff's claims herein occurred in the County of Ventura, State of California.

3. That the true names and capacities of the Defendants herein designated as Does 1 through 20 are unknown to Plaintiff at this time. Plaintiff will amend this Complaint to state the true names and capacities of such fictitiously named defendants when ascertained. Plaintiff is informed and believes and thereon alleges that such fictitiously named Defendants, and each of them, are liable to Plaintiff by reason of the facts and circumstances herein alleged.

4. That Plaintiff is informed and believes and thereon alleges that Defendant Hunt and Henriques is a general partnership with its principal place of business in the City of San Jose, State of California. Plaintiff is further is informed and believes and thereon alleges that Defendants Michael S. Hunt (Hunt), Janalie Henriques (Henriques), Kurtiss A. Jacobs (Jacobs) and Does 1 through 10, inclusive, and each of them, are either general co-partners, employees or agents of said Defendant Hunt & Henriques, a General Co-Partnership, and were, at all times herein mentioned, acting in the course and scope of such partnership, employment or agency.

5. That at all times herein mentioned Defendants Hunt, Henriques and Jacobs were and now are attorneys licensed to practice law in the state of California.

6. That at all times mentioned herein, Defendants Hunt and Henriques, a General Co-Partnership, Hunt, Henriques, Jacobs and Does 1-10, and each of them were acting in the capacity not as attorneys but as "debt collectors" as defined in *Title 15 United States Code, § 1692a(6)*.

7. That on or about April 29, 2010, Defendants Hunt and Henriques a General Co-Partnership, Hunt, Henriques, Jacobs and Does 1-10, and each of them, filed a Complaint for Money against Plaintiff in the Superior Court of the State of California, County of Los Angeles (Van Nuys), entitled FIA Card Services, N A vs. Judith E. Greenberg et al, Case No. 10E05131 (Limited Civil), seeking to recover a credit card balance allegedly owed by Plaintiff hereto  said creditor. A true copy of said Complaint is attached hereto and marked Exhibit A.

8. That said complaint alleges that the indebtedness arises out of "common counts" which are implied contracts, and no written contract is alleged. The amount claimed in said lawsuit

1   includes interest at the rate of 29.99% per annum.

2   9.   That *15 USC 1692k(a)(1), (2)(a) and (3)*, in relevant part, provides as follows:

3        "(a) Amount of damages

4        "except as otherwise provided by this section, any debt collector who fails

5        to comply with any provision of this subchapter with respect to any person

6        is liable to such person in an amount equal to the sum of

7        " (1) Any actual damage sustained by such person as a result of such

8            failure;

9        " (2)(a) In the case of any action by an individual, additional damages

10           as the court may allow, but not exceeding $1000; . . .

11       " (3) In the case of any successful action to enforce the foregoing

12           liability, the costs of the action, together with a reasonable attorney's

13           fees as determined by the court.  On finding by the court that the action

14           under this section was brought in bad faith and for the purpose of

15           harassment,  the court may award to the Defendants attorneys fees

16           reasonable in relation to the work expended and costs."

17                          **FIRST CAUSE OF ACTION**

18              **(Breach of Statutory Duty-15 USC 1692f(1) and 1692i(a)(2)**

19       **(Against Defendants Hunt and Henriques a General Co-Partnership, Hunt,**

20           **Henriques, Jacobs and Does 1 Through 10 inclusive, and each of them)**

21   10.  Plaintiff re-alleges and incorporates herein by this reference the allegations set forth in

22       Paragraphs 1 through 9 as though said allegations were fully set forth herein.

23   11.  As a "debt collector", said Defendants, and each of them, knew or, in the exercise of

24       reasonable care,  should have known, the statutory requirements imposed by *15 United*

25       *States Code 1692 et seq.,* known as the "Fair Debt Collection Practices Act" (FDCPA).

26   12.  *15 USC 1692f(1)*  provides as follows:

27           "A debt collector may not use unfair or unconscionable means to collect

28           or attempt to collect any debt.  Without limiting  the general application

COMPLAINT FOR MONEY (NEGLIGENCE: BREACH                3                    CASE NO.
OF STATUTORY DUTY) (UNLIMITED JURISDICTION)

of the foregoing, the following conduct is a violation of this section:

"(1). The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law."

13. That as a "debt collector" to collect a credit card debt, the Defendants, and each of them, knew or should have known through the exercise of reasonable care that all credit card debts and finance charges must be based upon contracts in writing (*15 USC 1601 et seq., Civil Code §§ 1747 et seq.*).

14. That at all times prior to April 29, 2010, said Defendants, and each of them, knew that there was no written credit card contract to justify the debt claimed in Exhibit A attached hereto, inclusive of interest.

15. That said Defendants, and each of them, knew or should have known in the exercise of reasonable care that the alleged obligations sued upon were void and otherwise unenforceable pursuant to *15 USC 1601 et seq.* and *California Civil Code §§ 1747 et seq.*, and thus breached its duty set forth in *15 USC 1692f(1)*.

16. That at all times herein mentioned, Defendants, and each of them, knew or should have known that Plaintiff was a member of the class of Plaintiffs in two actions against FIA, to wit, *Frederick v. FIA Card Services, N.A.*, U. S. District Court for the Central District of California, Case No. CV 09-3419-AG (RNBx) and *Augustine v. FIA Card Services, N.A.*, U.S. District Court, Eastern District of California , Case No. CV 06-02013-GEB-EFB), which cases have now been settled.

17. That at all times herein mentioned Defendants, and each of them, knew that Plaintiff had settled one debt claimed by FIA and that FIA was equitably estopped from seeking to recover any other claim against Plaintiff.

18. That Defendants, and each of them, breached the duties imposed by said statute, proximately resulting in damages to Plaintiff.

19. That as a direct and proximate result of breach of the duties imposed on debt collectors

1  by the foregoing statutes. Plaintiff has sustained damages by way of attorney's fees, costs

2  and attorney's expenses in excess of $35,000.00, and according to proof.

3  20. That as a further direct and proximate result of the unlawful conduct of Defendants, and

4  each of them, Plaintiff is entitled to penal damages as set forth in *15 USC 1692k* of

5  $1000.00.

6  21. That by reason of the foregoing, the Defendants, and each of them, have been guilty of

7  oppression, fraud or malice, pursuant to *California Civil Code § 3294(a)* as follows:

8      A. That prior to April 29, 2010, the said Defendants, and each of them,

9         had actual knowledge that the transaction sued upon was void, and

10        that the claim for interest was usurious under California law. That

11        said Defendants, and each of them, intended and continued to intend

12        to oppress the Plaintiff by pursuing such claim, although void and

13        otherwise unenforceable with actual knowledge of its illegality.

14     B. That Defendants, and each of them, knew that, as a matter of Federal

15        and  California law, a common court could not justify a credit card

16        debt, but maliciously proceeded to file an action to collect same,

17        forcing alleged debtors to incur legal fees and costs to defend

18        themselves.

19     C. That said conduct against Plaintiff was  part of a pattern or practice

20        against alleged debtors throughout  California to extract moneys

21        therefrom.

22 22. That as a direct and proximate result of the foregoing, Plaintiff is entitled to exemplary

23 damages from said Defendants, and each of them, as assessed by the court.

24 ## SECOND CAUSE OF ACTION

25 ### (Negligence)

26 **Against All Defendants**

27 23. Plaintiff re-alleges and incorporates herein by reference the allegations set forth in

28 Paragraphs 1 through 20 as though fully set forth herein,

24. That by reason of the foregoing statutes, the Defendants, and each of them, had a duty directly to Plaintiff to investigate claims, to assure that any such claims were factually and legally justified and to only pursue such claims as were factually and legally justified.

25. That the Defendants, and each of them, have failed, and continue to fail, to fulfill that duty, by proceeding with the lawsuit now pending in Van Nuys, California, and forcing the Plaintiff to defend herself.

26. That as a direct and proximate result of the foregoing, Plaintiff, in defending herself has sustained damages in a sum in excess of $35,000.00 for attorney's fees alone, together with statutory damages in the sum of $1000.00, together with court costs and legal expenses subject to proof.

### PRAYER

Wherefore, Plaintiff prays judgment against Defendants, as follows:

1. For statutory damages in the sum of $1000.00;

2. For special damages in excess of $35,000.00 for attorney's fees incurred, court costs and legal expenses in defense;

3. For reasonable attorney's fees incurred pursuant to *15 USC. 1692k;*

4. For costs of suit herein;

5. For such other further relief as the Court may consider just and proper.

Respectfully submitted;

Date: March 7, 2011     Signed:

Raymond A. Greenberg

///

# EXHIBIT

# A

PLD-C-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*<br>HUNT & HENRIQUES, Attorneys at Law<br>Michael S. Hunt, ESQ.   #99804<br>Janalie Henriques, ESQ. #111589<br>151 Bernal Rd. STE 8,      San Jose, CA 95119-1306<br>TELEPHONE NO:  (408) 362-2270   FAX NO. *(OPTIONAL)* (408) 362-2299<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*    PLAINTIFF | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
COURT 6230 Sylmar Avenue Room 107
STREET ADDRESS:
MAILING ADDRESS: Van Nuys CA 91401
CITY AND ZIP CODE: Northwest District
BRANCH NAME:

ORIGINAL FILED
Northwest District
APR 29 2010
LOS ANGELES
SUPERIOR COURT

PLAINTIFF: FIA CARD SERVICES, N.A.

DEFENDANT: JUDITH E GREENBERG

[ ] DOES 1 TO _____

| | |
|---|---|
| **CONTRACT** | |
| [X] COMPLAINT       [ ] AMENDED COMPLAINT *(Number):* | |
| [ ] CROSS-COMPLAINT   [ ] AMENDED CROSS-COMPLAINT *(Number):* | |

| | |
|---|---|
| Jurisdiction *(check all that apply):*<br>[X] ACTION IS A LIMITED CIVIL CASE     19242.61<br> Amount demanded [ ] does not exceed $10,000<br>        [X] exceeds $10,000, but does not exceed $25,000<br>[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | **CASE NUMBER:**<br><br>10E05131 |

1. PLAINTIFF* *(names):* FIA CARD SERVICES, N.A.

   alleges causes of action against DEFENDANT* *(names):*
   JUDITH E GREENBERG
2. This pleading, including attachments and exhibits, consists of the following number of pages: __4__
3. a. Each plaintiff named above is a competent adult
   [X] except plaintiff *(name):* FIA CARD SERVICES, N.A.
       [ ] a corporation qualified to do business in California
       [ ] an unincorporated entity *(describe):*
   [X] other *(specify):* A NATIONAL BANKING ASSOCIATION ORGANIZED AND EXISTING
           UNDER AND BY VIRTUE OF THE LAWS OF THE UNITED STATES OF AMERICA

   b. [ ] Plaintiff *(name):*
      [ ] has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

      [ ] has complied with all licensing requirements as a licensed *(specify):*
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Complaint - Attachment 3c.

4. a. Each defendant named above is a natural person
   [ ] except defendant *(name):*                          [ ] except defendant *(name):*
       [ ] a business organization, form unknown              [ ] a business organization, form unknown
       [ ] a corporation                                      [ ] a corporation
       [ ] an unincorporated entity *(describe):*             [ ] an unincorporated entity *(describe):*

       [ ] a public entity *(describe):*                      [ ] a public entity *(describe):*

       [ ] other *(specify):*                                 [ ] other *(specify):*

FILE BY FAX

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.
**COMPLAINT - Contract**
Page 1 of 2
Code of Civ. Proc., § 425.12

PLD-C-001

| SHORT TITLE:<br>FIA CARD SERVICES, N.A. V.<br>JUDITH E GREENBERG | CASE NUMBER: |
| --- | --- |

4. *(Continued)*

   b. The true names and capacities of defendants sued as Does are unknown to plaintiff.

     (1) [   ]  Doe defendants (specify Doe numbers): _____ were the agents or employees of the named
         defendants and acted within the scope of that agency or employment.

     (2) [   ]  Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to
         plaintiff.

   c. [   ] Information about additional defendants who are not natural persons is contained in Complaint - Attachment 4c.

   d. [   ] Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names)*:

5. [   ] Plaintiff is required to comply with a claims statute, and

   a. [   ] plaintiff has complied with applicable claims statutes, or

   b. [   ] plaintiff is excused from complying because *(specify)*:

6. [   ] This action is subject to [   ] Civil Code section 1812.10 [   ] Civil Code section 2984.4.

7. This court is the proper court because

   a. [   ] a defendant entered into the contract here.

   b. [   ] a defendant lived here when the contract was entered into.

   c. [ X ] a defendant lives here now.

   d. [   ] the contract was to be performed here.

   e. [   ] a defendant is a corporation or unincorporated association and its principal place of business is here.

   f. [   ] real property that is the subject of this action is located here.

   g. [   ] other *(specify)*:

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or
more causes of action attached)*:

   [   ] Breach of Contract

   [ X ] Common Counts

   [   ] Other *(specify)*:

9. [ X ] Other: Bank of American Corporation (B of A) and MBNA Corporation (MBNA) merged. B of A
    and MBNA established FIA Card Services, N.A. (FIA) a credit card bank and
    effective October 19, 2006 all MBNA and B of A credit card accounts are issued
    and administered by FIA.

10. PLAINTIFF PRAYS for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

   a. [ X ] damages of $ _19242.61_

   b. [   ] interest on the damages

     (1) [   ] according to proof

     (2) [   ] at the rate of _____ percent per year from *(date)*:

   c. [   ] attorney fees

     (1) [   ] of $ _____

     (2) [   ] according to proof.

   d. [   ] other *(specify)*:

11. [   ] The following paragraphs of this pleading are alleged on information and belief *(specify paragraph numbers)*:

Date: April 13, 2010

MICHAEL S. HUNT #99804   OR
JANALIE HENRIQUES   #111589                   /S/ Janalie Henriques
    (TYPE OR PRINT NAME)                     (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| FIA CARD SERVICES, N.A. v. JUDITH E GREENBERG | |

**FIRST** **CAUSE OF ACTION - Common Counts**
(number)

ATTACHMENT TO  [ X ] Complaint  [   ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name)*:
    FIA CARD SERVICES, N.A.
    alleges that defendant *(name)*:
    JUDITH E GREENBERG
    became indebted to  [ X ] plaintiff  [   ] other *(name)*:

  a. [ X ] within the last four years
     (1) [ X ] on an open book account for money due.
     (2) [ X ] because an account was stated in writing by and between plaintiff and defendant in which it
          was agreed that defendant was indebted to plaintiff.

  b. [ X ] within the last  [   ] two years  [ X ] four years
     (1) [   ] for money had and received by defendant for the use and benefit of plaintiff.
     (2) [   ] for work, labor, services and materials rendered at the special instance and request of defendant and
          for which defendant promised to pay plaintiff
          [   ] the sum of $
          [   ] the reasonable value.
     (3) [   ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant
          promised to pay plaintiff
          [   ] the sum of $
          [   ] the reasonable value.
     (4) [ X ] for money lent by plaintiff to defendant at defendant's request.
     (5) [ X ] for money paid, laid out, and expended to or for defendant at defendant's special instance and
          request.
     (6) [ X ] other *(specify)*:  UNJUST ENRICHMENT

CC-2. $ 19242.61                    , which is the reasonable value, is due and unpaid despite plaintiff's demand,
    plus prejudgment interest  [   ] according to proof  [   ] at the rate of _____ percent per year
    from *(date)*:

CC-3. [   ] Plaintiff is entitled to attorney fees by an agreement or a statute
    [   ] of $
    [   ] according to proof.

CC-4. [   ] Other:

FILE BY FAX

Exhibit B

# Case Report

← Case Search

## Case Summary

### Case Information

**Case Number:** 56-2011-00393482-CU-BT-VTA
**Case Title:** Judith E Greenberg vs. Hunt & Henriques
**Case Category:** Civil - Unlimited                    **Filing Date:** 3/17/2011
**Case Type:** Business Tort                            **Case Status:** Pending
**Judicial Officer:**                                   **Location:** Ventura

## Participants

| Name | Filing Document | Role | Attorney | Filed By |
|------|-----------------|------|----------|----------|
| Greenberg, Judith E | Complaint | Plaintiff | Greenberg, Raymond A. | Greenberg, Judith E |
| Henriques, Janalie | Complaint | Defendant | | Greenberg, Judith E |
| Hunt & Henriques | Complaint | Defendant | | Greenberg, Judith E |
| Hunt, Michael S | Complaint | Defendant | | Greenberg, Judith E |
| Jacobs, Kurtiss A | Complaint | Defendant | | Greenberg, Judith E |

## Future Events

No results found

## Past Events

No results found

## Register of Actions

| ROA # | Entry |
|-------|-------|
| 1 | Complaint filed by Greenberg, Judith E on 03/17/2011.<br>Filed by:Greenberg, Judith E (Plaintiff)<br>Refers to:Hunt & Henriques(Defendant); Hunt, Michael(Defendant); Henriques, Janalie(Defendant); Jacobs, Kurtiss(Defendant) |
| 2 | Civil Case Cover Sheet filed by Greenberg, Judith E on 03/17/2011. |
| 3 | Declaration for Court Assignment filed by Greenberg, Judith E on 03/17/2011. |
| 4 | Case assigned to Department 41. |
| 5 | Proof of Service of 30-day Summons & Complaint - Personal (served on Patricia Cristiano receptionist) filed by Greenberg, Judith E on 03/24/2011. |
| 6 | Notice of Related Case (LA Superior Court case 10 E 05131) filed by Greenberg, Judith E on 03/25/2011. |
| 7 | Proof of service (AMENDED) (of Summons and Complaint by SubService on Patricia Crisostono Receptionist) filed by Greenberg, Judith E on 03/30/2011. |
| 8 | Proof of Service of 30-day Summons & Complaint - Substitute (served Ashley Rivera) filed by Greenberg, Judith E on 04/01/2011. |

| | |
|---|---|
| 9 | Proof of Service of 30-day Summons & Complaint - Substitute (served Ashley Rivera) filed by Greenberg, Judith E on 04/01/2011. |
| 10 | Proof of Service of 30-day Summons & Complaint - Substitute (served Ashley Rivera) filed by Greenberg, Judith E on 04/01/2011. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Jacqueline Nguyen and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV11- 3469 JHN (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==============================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Judith E. Greenberg

**DEFENDANTS**
Hunt & Henriques, Michael S. Hunt, Janalie Henriques, Kurtiss A. Jacobs

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Raymond A. Greenberg
1521 LaVenta Road
Westlake Village, CA 91361; Tel: 805-373-5260

Attorneys (If Known)
Jeffrey A. Topor, Arvin C. Lugay
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104; Tel: 415-283-1000

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☑ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No  ☐ MONEY DEMANDED IN COMPLAINT: $ 36,000 +

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11-3469

**FOR OFFICE USE ONLY:**  Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

FILED BY FAX

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:**  Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | California |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER):  _____    Date April 22, 2011

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |