1  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
2  ARVIN C. LUGAY (SBN 242599)               **JS-6**
   alugay@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:   (415) 352-2625

6  Attorneys for defendants
   Hunt & Henriques, Michael S. Hunt,
7  Janalie Henriques, Kurtiss A. Jacobs

8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                     WESTERN DIVISION

12  JUDITH E. GREENBERG,            ) CASE NO.: 2:11-cv-03469-JHN-JCx
13                                  )
                                    )
14        Plaintiff,                ) **JUDGMENT IN A CIVIL CASE**
                                    )
15      vs.                         )
                                    )
16                                  )
17  HUNT & HENRIQUES, MICHAEL       )
    S. HUNT, JANALIE HENRIQUES,     )
18  KURTISS A. JACOBS,              )
                                    )
19                                  )
        Defendants.                 )
20  _____  )

21

22

23

24

25

26

27

28

---

GREENBERG V. HUNT & HENRIQUES, ET AL. (CASE NO.: )
[PROPOSED] JUDGMENT

1  This action came before the Court on Defendants' motion for judgment on
2  the pleadings and special motion to strike. The issues having been decided and a
3  decision having been rendered,
4  IT IS ORDERED AND ADJUDGED
5  **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE**
6  **WITH THE COURT'S ORDER OF OCTOBER 6, 2011.  DEFENDANTS ARE**
7  **AWARDED $7,038.00 IN ATTORNEYS' FEES AGAINST PLAINTIFF,**
8  **PURSUANT TO THE COURT'S ORDER OF OCTOBER 6, 2011.**

11  ENTERED: October 14, 2011

_____
UNITED STATES DISTRICT COURT

GREENBERG V. HUNT & HENRIQUES, ET AL. (CASE NO.: )
[PROPOSED] JUDGMENT

1